UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                          Civil No. 09-cv-410-SM

<u>Land and Buildings Located at</u>
<u>444 Chestnut Hill Road,</u>
<u>New Boston, New Hampshire, et al.</u>

**ORDER OF RECUSAL**

By statute, a financial interest in a party, however slight (i.e., even one share), results in disqualification.  As I have a financial interest in Claimant Wachovia Bank, N.A.'s, parent company, Wells Fargo & Co., recusal is mandatory.  <u>See</u>, 28 U.S.C. § 455(b)(4).

    **SO ORDERED.**

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

August 10, 2010

cc:   Robert J. Rabuck, AUSA
       Clifford P. Gallant, Jr., Esq.
       Jeffrey J. Clark, Esq.
       Paul J. Twomey, Esq.
       Bruce E. Kenna, Esq.
       David W. Immen, Esq.
       Bronwyn L. Roberts, Esq.