UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                          Civil No. 09-cv-410-JD

<u>444 Chestnut Hill Road, New Boston, et al.</u>

<u>O R D E R</u>

On February 18, 2010, the above-captioned case was stayed upon motion of Sheldon Steinzeig. Counsel for claimant Steinzeig is ordered to file a status report with the Court on or before April 8, 2011.

SO ORDERED.

March 29, 2011                                            */s/ Joseph A. DiClerico, Jr.*
                                                                          Joseph A. DiClerico, Jr.
                                                                          United States District Judge

cc:     Robert Rabuck, Esq.
         Joshua Shakun, Esq.
         Paul Twomey, Esq.
         Bruced Kenna, Esq.
         David Immen, Esq.
         Bronwyn Roberts, Esq.