UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                                        Civil No. 09-cv-410-JD

<u>444 Chestnut Hill Rd, New Boston, NH, et al.</u>

<u>O R D E R</u>

On June 2, 2011, the Court granted claimant Sheldon Steinzeig's Motion to Continue and Extend Deadlines. That motion asked for a 30 day continuance as the parties were in negotiations aimed at resolving this matter. As nothing further has been filed as to this claimant, counsel for Sheldon Steinzeig shall file a Status Report on or before October 12, 2011.

SO ORDERED.

September 27, 2011                            <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                                     Joseph A. DiClerico, Jr.
                                                                      United States District Judge

cc:     Robert Rabuck, Esq.
           Andrea Ashare-Lewis, Esq.
           Paul Twomey, Esq.
           Bruce E. Kenna, Esq.
           David Immen, Esq.
           Bronwyn Roberts, Esq.