UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        Civil No. 09-cv-410-JD

<u>444 Chestnut Hill Rd, New Boston, NH, et al.</u>

O R D E R

On June 2, 2011, the Court granted claimant Sheldon Steinzeig's Motion to Continue and Extend Deadlines. That motion asked for a 30 day continuance as the parties were in negotiations aimed at resolving this matter. As nothing further has been filed as to this claimant, counsel for Sheldon Steinzeig shall file a Status Report on or before October 12, 2011.

SO ORDERED.

September 27, 2011        */s/ Joseph A. DiClerico, Jr.*
        Joseph A. DiClerico, Jr.
        United States District Judge

cc:    Robert Rabuck, Esq.
        Andrea Ashare-Lewis, Esq.
        Paul Twomey, Esq.
        Bruce E. Kenna, Esq.
        David Immen, Esq.
        Bronwyn Roberts, Esq.