# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil No.   09-410-JD** |
| | ) | |
| Land and Buildings Located at 444 Chestnut Hill Road, | ) | |
| New Boston, New Hampshire, with all Appurtenances | ) | |
| and Improvements Thereon, Owned by | ) | |
| Sheldon Steinzeig and Lisa Hirsh; et al | ) | |
| | ) | |
| Defendants *in rem.* | ) | |
| | ) | |

## ORDER OF DISMISSAL AS TO
## DEFENDANTS *IN REM* (2), (12), (16), (19), and (21)

Pursuant to a Stipulated Settlement Agreement approved by the Court on November 16, 2012, the United States has moved the Court to dismiss the following defendants *in rem*: (2) Land and Buildings Located at 13 South River Road, Bedford, New Hampshire; (12) One 2005 Red Mercedes-Benz, VIN WDBWK56F15F074575, (to be released to Lisa Hirsh); (16) Funds in Southern New Hampshire Bank/Bank of New England account #2037760 (to be released to Matilda Hirsh); (19) Funds in T. Rowe Price account 30A908166, 610000697-9 (to be released to Lisa Hirsh); and (21) Funds in Digital Federal Credit Union Jumbo Certificate account #194731-share 4 (to be released to Matilda Hirsh).

IT IS THEREFOR ORDERED, ADJUDGED AND DECREED:

(A)   That the defendants *in rem*: (2) Land and Buildings Located at 13 South River Road, Bedford, New Hampshire; (12) One 2005 Red Mercedes-Benz, VIN WDBWK56F15F074575, (to be released to Lisa Hirsh); (16) Funds in Southern New Hampshire Bank/Bank of New England account #2037760 (to be released to Matilda Hirsh); (19) Funds in T. Rowe Price account

30A908166, 610000697-9 (to be released to Lisa Hirsh); and (21) Funds in Digital Federal Credit Union Jumbo Certificate account #194731-share 4 (to be released to Matilda Hirsh), are hereby dismissed from this proceeding.

(B)   That the parties shall bear their own costs and expenses of this proceeding, including attorney's fees, if any.

(C)   that Claimants Lisa Hirsh and Matilda Hirsh are forever barred from asserting any claims or demands in law or equity, against the United States, its agents, employees or assigns, including but not limited to the United States Marshals Service ("USMS"), the Drug Enforcement Administration, any state or local law enforcement department, and any of their agents, employees or assigns, in connection with, or arising out of the civil judicial forfeiture action against the defendants *in rem*, including but not limited to any claim that the United States did not have probable cause to initiate and prosecute its forfeiture case against the defendants *in rem* listed above.

(D)   Claimants Lisa Hirsh and Matilda Hirsh will execute a hold harmless agreement to the USMS at the time of the release to them of the above-mentioned defendants *in* rem.

The Clerk is hereby directed to send six certified copies of this order to the United States Marshals Service, a copy to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck, and to opposing counsel of record.


Dated:  November 19, 2012                     /s/ Joseph A. DiClerico, Jr.
                                              UNITED STATES DISTRICT JUDGE


2